**DISMISS and Opinion Filed February 23, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00906-CV**

**BARBARA BLACKNALL, Appellant**
**V.**
**MJF VENTURE CAPITAL GROUP, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-03849-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By postcard dated January 3, 2023, we informed appellant her brief was overdue and directed her to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). By order dated January 6, 2023, we granted appellant's motion to extend time to file her brief and ordered it to be filed by February 3, 2023. To date, appellant has not filed her brief or further corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


                                          /Robert D. Burns, III/
                                          ROBERT D. BURNS, III
                                          CHIEF JUSTICE
220906F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BARBARA BLACKNALL,
Appellant

No. 05-22-00906-CV      V.

MJF VENTURE CAPITAL GROUP,
Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-22-03849-E.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered February 23, 2023